UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 2 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FRED M. GLOVER, )
)
　　Plaintiff, )
)
v. ) Civil Action No. 08-0713
)
SCHUYLKILL FCI, *et al.*, )
)
　　Defendants. )

### DISMISSAL ORDER

　　The Court provisionally authorized the filing of the above-captioned action on April 25, 2008. At that time, the Court directed plaintiff to submit a certified copy of his prison trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined, as required by the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915. To date, although plaintiff has filed a response to the April 25, 2008 Order, he has not submitted the required trust fund account information. Accordingly, it is hereby

　　ORDERED that plaintiff's motion to proceed *in forma pauperis* [Dkt. #2] is DENIED WITHOUT PREJUDICE. It is further

　　ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with the requirements of the Prison Litigation Reform Act.

　　SO ORDERED.

Date: 5/15/08

_____
United States District Judge